LAKE VIEW SCHOOL DISTRICT NO. 25 of Phillips County, Arkansas, *et al. v.* Mike HUCKABEE, Governor of the State of Arkansas, *et al.*

01-836                                                    145 S.W.3d 382

Supreme Court of Arkansas
Opinion delivered February 5, 2004

*Lewellen & Associates,* by: *Roy C. Lewellen,* for appellant class.

*Wilson Law Firm, P.A.,* by: *E. Dion Wilson,* for appellant school district.

*Mike Beebe*, Att'y Gen., by: *Timothy Gauger*, Ass't Att'y Gen., for appellees.

*Matthews, Campbell, Rhoads, McClure, Thompson & Fryauf, P.A.*, by: *David R. Matthews*, for intervenors Rogers and Bentonville Public School Districts.

*Friday, Eldredge & Clark*, by: *Christopher Heller*, for intervenor Little Rock School District.

*Mitchell, Blackstock, Barnes, Wagoner, Ivers & Sneddon*, by: *Clayton R. Blackstock* and *Mark Burnette*, for amicus curiae Arkansas Education Association.

*Kaplan, Brewer, Maxey & Haralson, P.A.*, by: *Regina Haralson*, for amicus curiae Arkansas Public Policy Panel.

PER CURIAM. ■ We grant the motion to expedite this court's review. We deny, however, the motion to remand for limited purposes, as a remand is unnecessary. This court has said that matters collateral or supplemental to a trial court's judgment, such as attorney's fees, are left within the trial court's jurisdiction even though an appeal to this court has been docketed. *See, e.g., Sunbelt Exploration Co. v. Stephens Prod. Co.*, 320 Ark. 298, 896 S.W.2d 867 (1995); *Alexander v. First Nat'l Bank of Ft. Smith*, 278 Ark. 406, 646 S.W.2d 684 (1983). Accordingly, the trial court may consider and resolve matters pertaining to attorney's fees ordered by this court in the instant case regardless of the fact that this court has reestablished jurisdiction over the matter.

IMBER, J., not participating.

Special Justice CAROL DALBY joins.